# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:10cv182

| | |
|---|---|
| BRENDA HUDSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MONTGOMERY MUTUAL )<br>INSURANCE CO., )<br>PEERLESS INSURANCE CO., & )<br>SAFECO INSURANCE, )<br>)<br>Defendants. )<br>) | **ORDER** |

**THIS MATTER** is before the Court sua sponte. An enlargement of time within which to file dispositive motions was granted resetting the deadline to March 15, 2011. Because of this enlargement, the Court will likely be unable to rule upon any dispositive motion before counsel would need to begin preparing for trial, which is currently set for May 16, 2011.

**IT IS, THEREFORE, ORDERED** that the trial date is continued from its present May 16, 2011 setting and will be reset, if necessary, after the Court resolves any dispositive motions that are filed.

Signed: March 1, 2011

Robert J. Conrad, Jr.
Chief United States District Judge